**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6260**

MULUKEN WUBNEH,

       Plaintiff - Appellant,

   v.

PATRICIA GENERAL, Doctor,

       Defendant - Appellee,

   and

ARMOR CORRECTIONAL HEALTH SERVICES, INC.

       Defendant,

OFFICE OF THE ATTORNEY GENERAL,

       Party-in-Interest.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:20-cv-00076-TSE-JFA)

Submitted: August 30, 2021          Decided: September 29, 2021

Before WILKINSON, KING, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Muluken Wubneh, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muluken Wubneh appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wubneh v. General*, No. 1:20-cv-00076-TSE-JFA (E.D. Va. Jan. 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*